# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   DENNIS R WRIGHT                              §                Case No.: 11-03659
§
§
§
§
Debtor(s)                                                  §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/31/2011.

2) This case was confirmed on 03/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/28/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/20/2012.

6) Number of months from filing to the last payment: 22

7) Number of months case was pending: 24

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    6,654.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 23,562.00 |
| Less amount refunded to debtor | $ 1,796.74 |
| **NET RECEIPTS** | $ 21,765.26 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,008.35 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,508.35 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS LLC | UNSECURED | .00 | 1,152.20 | 1,152.20 | 98.80 | .00 |
| NICOR GAS | UNSECURED | NA | 888.26 | 888.26 | 19.24 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 136.42 | NA | NA | .00 | .00 |
| AB ROCKET | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| ADVENTIST LAGRANGE H | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ADVENTIST LAGRANGE H | UNSECURED | 134.00 | NA | NA | .00 | .00 |
| ADVENTIST LAGRANGE M | OTHER | .00 | NA | NA | .00 | .00 |
| ARJAY DATA | UNSECURED | 209.21 | NA | NA | .00 | .00 |
| ASPEN | UNSECURED | 760.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHECK INTO CASH INC | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,931.00 | 672.03 | 672.03 | 57.64 | .00 |
| CHECK SYSTEMS | OTHER | .00 | NA | NA | .00 | .00 |
| CITICASH LOANS | UNSECURED | 2,040.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO EMS | UNSECURED | 65.60 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 100.00 | 547.50 | 547.50 | 51.13 | .00 |
| CITY OF JOLIET AMBUL | UNSECURED | .00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 88.06 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 2,449.00 | NA | NA | .00 | .00 |
| COMED | UNSECURED | 2,449.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| CONSTANTION DIAZ | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |
| CORUS BANK | UNSECURED | 771.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 168.00 | NA | NA | .00 | .00 |
| DISH NETWORK | OTHER | .00 | NA | NA | .00 | .00 |
| DISH NETWORK | OTHER | .00 | NA | NA | .00 | .00 |
| EMERGENCY HEALTHCARE | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| EMERGENCY HEALTHCARE | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| EMERGENCY HEALTHCARE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 800.00 | 806.47 | 806.47 | 61.98 | .00 |
| FLIRTY GIRL FITNESS | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| GROOT INDUSTRIES INC | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 967.00 | 659.35 | 659.35 | 56.53 | .00 |
| HSBC | UNSECURED | .00 | 968.63 | 968.63 | 83.06 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 3,323.00 | 56,387.90 | 56,387.90 | 5,266.15 | .00 |
| STATE OF IL TOLLWAY | OTHER | .00 | NA | NA | .00 | .00 |
| JOHN SKREKO DDS | UNSECURED | 475.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 471.00 | 432.10 | 432.10 | 33.21 | .00 |
| CAPIO PARTNERS LLC | UNSECURED | 39.00 | 123.55 | 123.55 | .00 | .00 |
| MACNEAL HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| MACNEAL EMERGENCY PH | OTHER | .00 | NA | NA | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | 19,128.00 | 20,022.57 | 20,022.57 | 1,869.93 | .00 |
| NUVELL CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| NUVELL CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| ONYX ACCEPTANCE CORP | UNSECURED | .00 | NA | NA | .00 | .00 |
| PALOS GAIDAS FUNERAL | PRIORITY | 8,000.00 | 8,526.48 | 8,526.48 | 8,526.48 | .00 |
| PROVENA ST JOSEPH ME | UNSECURED | 660.00 | NA | NA | .00 | .00 |
| PROVENA ST JOSEPH ME | OTHER | .00 | NA | NA | .00 | .00 |
| PUBLIC STORAGE | UNSECURED | 118.00 | NA | NA | .00 | .00 |
| REZIN ORTHOPEDIC CEN | UNSECURED | .00 | NA | NA | .00 | .00 |
| RICK CALLAHAN | UNSECURED | 17,600.00 | NA | NA | .00 | .00 |
| SCOTT & DONNA NEHRIN | UNSECURED | 8,000.00 | 8,000.00 | 8,000.00 | 747.12 | .00 |
| SPRINT | UNSECURED | 1,412.00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 516.00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| STERLING JEWELERS/KA | UNSECURED | 1,760.00 | NA | NA | .00 | .00 |
| STERLING JEWELERS/KA | OTHER | .00 | NA | NA | .00 | .00 |
| SUBURBAN RADIOLOGIST | UNSECURED | 18.00 | NA | NA | .00 | .00 |
| BRADFORD EXCHANGE | UNSECURED | 71.00 | NA | NA | .00 | .00 |
| MIRAGE HOMEOWNERS AS | UNSECURED | 870.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| **Scheduled Creditors:** | | | | | | |
| PAYDAY LOAN STORE OF | UNSECURED | 3,058.00 | NA | NA | .00 | .00 |
| TRIBUTE | UNSECURED | 725.00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | OTHER | .00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | UNSECURED | 805.00 | NA | NA | .00 | .00 |
| USA CREDIT | UNSECURED | .00 | NA | NA | .00 | .00 |
| VILLA PARK POLICE DE | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| WALGREENS | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| WALGREENS | OTHER | .00 | NA | NA | .00 | .00 |
| WALMART | UNSECURED | 86.43 | NA | NA | .00 | .00 |
| WEALTH NEW WORLD MED | UNSECURED | 304.00 | NA | NA | .00 | .00 |
| WEISFIELD JEWELERS | UNSECURED | .00 | NA | NA | .00 | .00 |
| WESTGATE RESORTS | UNSECURED | 730.00 | NA | NA | .00 | .00 |
| WELLS FARGO AUTO FIN | UNSECURED | 204.00 | 411.79 | 411.79 | 31.64 | .00 |
| CORUS BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ZALUTSKY & PINSKI LT | PRIORITY | NA | .00 | 354.00 | 354.00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 8,880.48 | 8,880.48 | .00 |
| **TOTAL PRIORITY:** | 8,880.48 | 8,880.48 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 91,072.35 | 8,376.43 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,508.35 |
| Disbursements to Creditors | $ | 17,256.91 |
| **TOTAL DISBURSEMENTS:** | $ | 21,765.26 |

   12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:   01/25/2013                           /s/ Tom Vaughn
                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**